Gregory PERNELL, Appellant,

v.

STATE of Missouri, Respondent.

No. 74610.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

Mark A. Grothoff, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel W. Follett, Asst. Atty. Gen., Jefferson City, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J. and RICHARD B.TEITELMAN, J.

*ORDER*

PER CURIAM.

Defendant appeals from the circuit court's judgment overruling his Rule 29.15 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and conclude the trial court's determination is not clearly erroneous. An extended opinion would have no precedential value. The judgment is affirmed pursuant to Rule 84.16(b).

In the Interest of A.B., a Juvenile, Respondent,

v.

G.B., Appellant.

No. 74573.

Missouri Court of Appeals,
Eastern District,
Division Two.

April 13, 1999.

R. Scott Harness, Harness & Miller, P.C., Crystal City, for appellant.

Theodore R. Allen, Jr., Hillsboro, for respondent.

Before JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J. and RICHARD B. TEITELMAN, J.,

*ORDER*

PER CURIAM.

Appellant appeals from a judgment terminating his parental rights. We have reviewed the briefs and record on appeal. No error of law appears. An opinion reciting the detailed facts and restating the principles of law would have no precedential value.

The judgment of the trial court is affirmed pursuant to Rule 84.16(b).